| | YR. | NUMBER | MO. | DAY | YEAR | | 23 | $ | | OTHER | NUMBER | YEAR | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1084-1 | 74 | 477 | 09 | 27 | 74 | 1 | 410 | 1 | | | 8405 | 1974 | 74-477 |

HOWARD BRATTON

| PLAINTIFFS | | DEFENDANTS |
|---|---|---|
| UNITED STATES OF AMERICA **CLOSED** (U.S.) | | CLOVIS RETAIL LIQUOR DEALERS — U.S.<br>TRADE ASSOCIATION; AZTEC BOWLING<br>CORP.; CHAPARRAL LIQUORS, INC.;<br>GOLD LANTERN LOUNGE & PACKAGE, INC.;<br>TOWER HOTEL CORP.; JOHNNIE MACK<br>GOODMAN, d.b.a. BOOT HILL LIQUORS;<br>EDDIE P. WATSON, d.b.a. MABRY DRIVE<br>LOUNGE; FRED W. JOHNSTON, d.b.a.<br>SUNSET LOUNGE & PACKAGE; KIT<br>PETTIGREW, d.b.a. PRINCE LOUNGE &<br>PACKAGE STORE; and JAMES E. FOSTER<br>d.b.a LAVISTA LOUNGE & PACKAGE STORE |
| Victor R. Ortega, US Attorney    ATTORNEYS<br>P.O. Box 607<br>Albuquerque, N.M. 87103<br>    505/766-3341 | | Robert N. Singer   (243-3547)<br>Coors, Singer & Broullire<br>Suite 1100, American Bank of Commerce<br>            Building<br>200 Lomas Blvd. N.W.<br>Albuq. N. M. 87102<br>    For Chaparral Liquors, Inc.<br>    For all defendants. |
| 15 USC 1  Conspiracy in Restraint of    CAUSE<br>Interstate Trade & Commerce Injunctive<br>Relief Requested. | | |

| ATTORNEYS | |
|---|---|
| ~~Lawrence W. Somerville~~ Crossan R. Andersen<br>1444 U.S. Courthouse<br>312 North Spring St.<br>Los Angeles, California 90012<br>    213/688-2507 | Dean S. Zinn<br>Zinn & Donnell<br>209 East Marcy Street<br>Santa Fe, N. M. 87501<br>    For Johnston and Foster<br><br>EARL E. HARTLEY, ESQ.<br>3636 MENAUL, N.E. SUITE 101<br>ALBUQUERQUE, NM 87110<br>    For Aztec Bowling Corporation<br><br>~~Robert N. Singer   (243-3547)~~<br>~~Coors, Singer & Broullire~~<br>~~Suite 1100, ABC Building~~    SEE ABOVE<br>~~200 Lomas Blvd. N.W.~~<br>Albuquerque, N. M. 87102<br>    For Chaparral Liquors, Inc.<br><br>HOWARD HOUK   (766-5454)<br>1004 Sandia Savings Building<br>Albuq., N M. 87101<br>    For Johnnie Mack Goodman |

(ATTORNEYS CONTINUED)

| | FILING FEES PAID | | | JURY DEMAND |
|---|---|---|---|---|
| ☐ CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE<br>9-27-74 | RECEIPT NUMBER<br>No Fee | C.D. NUMBER | ☐ PLAIN.  ☐ DEF.<br>DATE _____<br>STATISTICAL CARDS<br>CARD   DATE MAILED<br>JS-5<br>JS-6 |

UNITED STATES DISTRICT COURT DOCKET                    Revised June 1973

74-477(BRATTON)

| DATE | | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|---|
| 9-27-74 | 1 | Complaint.                                             JS 5 | |
| | | Summons, original and ten copies issued and with complaint attached thereto delivered to the Marshal for service. | mf |
| 10-10-74 | 2 | Entry of Appearance of Coors, Singer & Broullire on behalf of the Defendant, Chaparral Liquors, Inc. | |
| | 3 | Entry of Appearance of Zinn & Donnell, through Dean S. Zinn, on behalf of defendants Fred W. Johnston d/b/a Sunset Lounge & Package and James E. Foster, d/b/a LaVista Lounge and Package Store. | mw |
| 10-16-74 | 4 | Marshal's returns of service of complaint as follows:<br>    Thomas E. Wolf, Pres. Clovis Retail Liquor - 10-3-74<br>    Azted Bowling Corp. by Frank A. Murray - 10-3-74<br>    Chaparral Liquors, Inc. by J. Michael Johnson - 10-3-74<br>    Gold Lantern Lounge by Wm. C. Crawford,Pres.10-3-74<br>    Tower Hotel Corps by Thomas E. Wolf, V.P. 10-3-74<br>    Johnnie Mack Goodman - 10-3-74.<br>    Eddie P. Watson - 10-3-74<br>    Fred W. Johnston - 10-3-74.<br>    Kit Pettigrew - 10-3-74. | mw |
| 10-23-74 | 5 | Answer of deft. Aztec Bowling Corporation. | mw |
| 10-23 | 6 | Answer of Defendant, Chaparral Liquors, Inc. | mw |
| 10-24-74 | 7 | Answer of Defendant Johnnie Mack Goodman. | mw |
| 10-25-74 | 8 | Answer of Defendant Kit Pettigrew, d/b/a Prince Lounge & Package Store. | |
| | 9 | Answer of Defendart Gold Lantern Lounge & Package, Inc. | mw |
| 10-29-74 | 10 | Entry of Appearance of Peter Adang of Modrall,Sperling,Roehl, Harris & Sisk on behalf of Tower Hotel Corporation. | |
| | 11 | Answer of Tower Hotel Corporation. | mw |
| 10-31-74 | 12 | Answer of Clovis Retail Liquor Dealers Trade Association, and incorporates by reference the answer filed by the Tower Corporation insofar as it is applicable. | mw |
| 11-1-74 | 13 | Answer of defts. Fred W. Johnston d/b/a Sunset Lounge & Package and James E. Foster, d/b/a LaVista Loungs and Package Store. and incorporate by reference the answer filed by the Tower Corporation insofar as it is applicable. | mw |
| 12-16-74 | 14 | Nortice to take deposition of George Jack Zarris by deft. Chaparral Liquors, Inc. | |
| | 15 | Defendant's Notice to take deposition of James C. Avery. | |
| | 16 | Defendant's Notice to take deposition of James W. Messer. M.D | mw |
| 12-17-74 | 17 | Marshal's return of service of summons and complaint showing James E. Foster served 11-26-74. | mw |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 1974 | ATTORNEYS (continued)<br><br>Donald W. Miller  (983-4346)<br>Standley, Quinn, Miller & Patterson<br>P. O. Drawer A<br>Santa Fe, N. M. 87501<br>  For Kit Pettigrew, d/b/a Prince Lounge & Package Store<br>  and GOLD LANTERN LOUNGE & PACKAGE, Inc.<br><br>Peter Adang<br>Modrall, Sperling, Roehl, Harris & Sisk<br>P. O. Box 2168<br>Albuq. N. M. 87103<br>  For Tower Hotel Corp.<br><br>Zinn & Donnell<br>(Dean S. Zinn)<br>209 East Marcy Street<br>Santa Fe, N. M. 87501<br>  For Clovis Retail Liquor Dealers Trade Assoc.<br><br>Dean S. Zinn<br>Zinn & Donnell<br>209 East Marcy Street    ) Duplicate<br>Santa Fe, N. M.87501<br>  for Johnston and Foster | |

D. C. 110A Rev. Civil Docket Continuation

| DATE 1974 | | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|---|
| 12-18 | 18- | Notice of Motion and Motion to stay proceedings and for an Order postponing discovery until final Judgment in Criminal case. | |
| | 19- | Memorandum of Points and Authorities in Support of Motion to Stay Proceedings. | |
| | 20- | ORDER that notices of depositions of James C. Avery, George Jack Zarris, and Dr. James W. Messer for 12-20-74, are quashed. FURTHER ORDERED that discovery proceedings are stayed pending determination of Government's motion for stay until disposition of Criminal Cause No. 74-273 and FURTHER ORDERED that defendants respond to Government's motion with briefs. Copies to counsel. (BRATTON) | pla |
| 12-30-74 | 21 | Defendants' Memorandum of Points and Authorities in opposition to Motion to Stay Proceedings. | mw |
| 1-3-75 | 22 | Order that all discovery proceedings are stayed pending the trial in Criminal Cause No. 74-273, provided that if said cause is not tried prior to March 15, 1975, defts may renew their motions to pursue discovery procedures in this cause. (BRATTON) Copies of Order sent to counsel. | mw |
| 4-28-75 | 23 | Order that the stay order heretofore entered is vacated.(BRATTON) Copies of order sent to counsel. | mw |
| 9-18-75 | 24 | Pltf.'s Interrogatories propounded to Deft. Tower Hotel Corp. | |
| | 25 | Pltf.'s Interrogatories propounded to Deft. Chaparral Liquors,Inc. | |
| | 26 | First Request of Plaintiff to Tower Hotel Corporation for production of documents under Rule 34. | |
| | 27 | Pltf.'s Pretrial statement on status of case and proposed agenda for discovery and trial. | mf |
| 9-19-75 | 28 | Entry of appearance and Substitution of attorney by Robert N. Singer on behalf of each defendant. | mf |
| 10-30-75 | 29 | Joint report of plaintiff and the defendants on settlement negotiations. | krg |
| 11-?-75 | 30 | Defendants' MOTION to stay proceedings etc. | |
| | 31 | Memorandum of points and authorities in support of motion to stay proceedings. | |
| | 32 | Proof of service of motion and memorandum. | mf |

74-477 (Bratton)

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 11-14-75 | 33 Plaintiff's Memorandum of Points and Authorities in opposition to Defendants' Motion to Stay Proceedings. | mf |
| 11-24-75 | 34 Order that discovery and filing of motions and other pleadings be stayed pending final judgment in U.S. v. Clovis Retail Liquor Dealers Ass'n, et al., Cr. No. 74-273. (Bratton) Copy to counsel. | g |
| 4-7-77 | Conference of counsel Tues., May 31, 1977, 10:00 A.M. in Albuquerque. Notice to parties. | g |
| 4-15-77 | Letter from Peter J. Adang, Modrall Law Firm, stating that they no longer represent any of the defendants in connection with this matter. | dw |
| 5-31-77 | Conference of counsel. Dwight Moore and Victor Ortega for U.S. Robert Singer for defendants. If case not settled by 7-1-77 Court will enter schedule of trial and pre-trial proceedings. Case to be ready for trial 1-1-78.  Bratton, J.          Rptr: Meier (Haggard) | g |
| 6-15-77 | 35 CONSENT TO WITHDRAWAL of Attorney by John F. Quinn, attorney for the Gold Lantern Lounge and William Crawford and as attorney for Kit Pettigrew, d/b/a Prince Lounge & Package Store. | dw |
| 12-30-77 | 36 STIPULATION by parties for disposition of action.  37 COMPETITIVE IMPACT STATEMENT by Government. | dw |
| 1-23-78 | 38 STATEMENT by defts. with the exception of Eddie P. Watson, d/b/a Mabry Drive Lounge, regarding Disclosure of Communications between defts. and officers and Employees of United States. | dw |
| 2-16-78 | 39 DEFENSE STATEMENT Regarding Disclosure of Communications between Defendants and Officers and Employees of United States filed by Wesley Quinn, counsel for Eddie P. Watson, d/b/a Mabry Drive Lounge. Counsel advised re Certificate of Service. | dw |
| 2-22-78 | 40 CERTIFICATE OF SERVICE by Wesley Quinn that a copy of the Defense Statement Regarding Disclosure of Communications between Defts. and Officers and Employees of the U. S. for the deft. Eddie P. Watson was mailed to opposing counsel on 2-13-78. | dw |
| 3-20-78 | 41 CERTIFICATE OF COMPLIANCE by Plaintiff with the Antitrust Procedures and Penalties Act. | dw |

| CIVIL DOCKET CONTINUATION SHEET | | | FPI-HAR |
|---|---|---|---|
| PLAINTIFF<br>USA | DEFENDANT<br>CLOVIS RETAIL LIQUOR DEALERS et al | DOCKET NO. 74-477 | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 3-31-78 | 42 | FINAL JUDGMENT (BRATTON) Copy to all counsel of record.<br>FINAL ENTRY<br>11-2-78 Plaintiff Interrog. returned to Counsel PJL | dw |
| 5-11-79 | 43 | SWORN STATEMENT by deft. Kit Pettigrew, d/b/a Prince Lounge and Package Store per provisions of Final Judgment filed March 31, 1978. | |
| | 44 | SWORN STATEMENT by deft. Johnnie Mack Goodman d/b/a Boot Hill Liquors per Provisions of Final Judgment filed March 31, 1978. | dw |
| | 45 | SWORN STATEMENT by deft. Dr. William Crawford d/b/a Gold Lantern Lounge & Package, Inc. per provisions of final judgment filed March 31, 1978. | dw |
| 4-9-80 | 46 | CONSENT by Aztec Bowl, Ltd to Final Judgment. | dw |
| 5-21-80 | 47 | SWORN STATEMENT by Johnnie Mack Goodman per provisions of Final Judgment filed March 31, 1978. | dw |
| 5-27-80 | 48 | SWORN STATEMENT by deft. Kit Pettigrew d/b/a Prince Lounge and Package Store per provisions of Final Judgment Filed March 31, 1978. | dw |
| 4-3-81 | 49 | SWORN STATEMENT by deft. Kit Pettigrew d/b/a Prince Lounge and Package Store per Provisions of Final Judgment filed March 31, 1978. | |
| | 50 | SWORN STATEMENT by deft. Johnnie Mack Goodman per provisions of Final Judgment filed March 31, 1978. | dw |
| 5-14-82 | 51 | SWORN STATEMENT by Deft. Johnnie Mack Goodman per provisions of Final Judgment filed March 31, 1978. | |
| | 52 | SWORN STATEMENT by Deft. Kit Pettigrew d/b/a Prince Lounge and Package Store per provisions of Final Judgment filed March 31, 1978. | pmr |
| 5-27-82 | 53 | Report of Aztec Vowling Corp. by Richard F. Rowley II, General Partner, in compliance with judgment of 3-31-78 | |

DC-111A REV. (1/75)